# EXHIBIT 1

# EXHIBIT 1

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARKETIZO MEDIA, and MATIAS OSCAR,<br><br>                    Defendants. | Case No. 2:23-cv-07695-FLA-BFM<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.

2. I make the statements in this declaration in support of Plaintiff's Motion for Extension of Time to Serve Defendants.

3. On October 25, 2023, I retained ABCLegal, a process serving company, to serve Defendant Oscar, at the address identified by counsel for the prior named Defendants in this action.

-1-

-2-

4. On October 25, 2023, I e-mailed Oscar, at the address identified by counsel for the prior named Defendants in this action, in an attempt to resolve this action and/or open lines of communication. To date I have not received a response.

5. I seek the brief extension of time requested in the motion to continue to identify means to serve Defendants. I am in the process of obtaining a skip trace report on the Defendants. I have been unable to locate a corporate entity using the popular opencorporates.com database for the name provided by counsel for the previously named Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2024, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas