# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>   v.<br><br>MARKETIZO MEDIA, and MATIAS OSCAR,<br><br>                Defendants. | Case No. 2:23-cv-07695-FLA-BFM<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO AID IN SERVICE OF PROCESS [ECF NO. ___]** |

      On February 18, 2024, Plaintiff filed an Opposed Ex Parte Application for Subpoena Duces Tecum to Aid in Service of Process.

      Plaintiff seeks to issue subpoenas identified as Exhibit 1 and Exhibit 2 to his Application, to Domains by Proxy, LLC and LinkedIn Corporation.

      The Court, having considered Plaintiff's application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows

/ / /

1. Plaintiff may issue the subpoenas identified in Exhibit 1 and Exhibit 2 of his Application.

2. Plaintiff shall notify any respondent to the subpoena that customer notification prior to production of a subpoena return is required.

3. Plaintiff shall provide any respondent to the subpoena a copy of this order.

IT IS SO ORDERED.

Dated:

                                      Hon. Brianna Fuller Mircheff
                                    UNITED STATES MAGISTRATE JUDGE