Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>    v.<br><br>MARKETIZO MEDIA, and MATIAS OSCAR,<br><br>                Defendants. | Case No. 2:23-cv-07695-FLA-BFM<br><br>Assigned to: Judge Fernando L. Aenlle-Rocha<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

    Plaintiff, Jorge Alejandro Rojas, withdraws his January 10, 2024 motion seeking an extension of time to serve Defendants. Dkt. 20. On February 18, 2024 Plaintiff moved for early discovery subpoenas to aid in service of process on Defendants. Dkt. 21. Plaintiff will be filing a motion to further extend the time to serve this week – because the date requested in the original extension motion will likely not provide time for resolution of the subpoena motion, response from any subpoena granted, and service thereafter.

    Dated: February 20, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

Plaintiff will mail a copy of this filing to each Defendants last known address via USPS First Class Mail.

Dated: February 20, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas