UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>          Plaintiff,<br><br>     v.<br><br>MARKETIZO MEDIA, and MATIAS OSCAR,<br><br>          Defendants. | Case No. 2:23-cv-07695-FLA-BFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS [DKT. ___]** |

On February 22, 2024, Plaintiff filed a Motion for Extension of Time to Serve Defendants.

The Court, having considered Plaintiff's Motion, and finding good cause therefor, hereby GRANTS the Application, and ORDERS as follows:

///

1

1. ORDERED the Motion is GRANTED.
2. ORDERED the deadline to serve Defendants is extended to and including April 15, 2024.

IT IS SO ORDERED.

Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge