Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKETIZO MEDIA, and MATIAS OSCAR,<br><br>　　　　　Defendants. | Case No. 2:23-cv-07695-FLA-BFM<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.

2. I make the statements in this declaration in support of Plaintiff's Motion for Extension of Time to Serve.

3. On March 25, 2024, LinkedIn produced responsive records to my subpoena concerning Mr. Oscar, and provided information including a zip code, e-mail address

-2-

which I have not previously been aware of for Mr. Oscar, and an international phone number for Mr. Oscar.

4. On April 8, 2024, I e-mailed the newly identified e-mail address for Mr. Oscar in an attempt to resolve this matter.

5. I am still awaiting a response to the subpoena served on the domain registrar, which I hope will identify an alternative address to serve Defendant, given that he is likely paying for the services offered by the domain registrar with a method of payment that has an address associated with it.

6. In my experience, the domain registrars typically take several months to provide civil subpoena returns.

7. My extension request is made for the purpose of identifying a means to serve Defendant, given that I have not been able to locate him, and prior attempts to contact him have not worked.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2024, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas