Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>   v.<br><br>MARKETIZO MEDIA, and MATIAS OSCAR,<br><br>                Defendants. | Case No. 2:23-cv-07695-FLA-BFM<br><br>Assigned to: Judge Fernando L. Aenlle-Rocha<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, against all Defendants, without prejudice.

      Dated: April 30, 2024.

                                                  /s/ Jorge Alejandro Rojas
                                                  Jorge Alejandro Rojas
                                                  Rojas.jorge96@gmail.com
                                                  Plaintiff in Pro Se
                                                  557 Cambridge Way
                                                  Bolingbrook, IL 60440
                                                  (424) 219-1582

/ / /

## CERTIFICATE OF SERVICE

Plaintiff will mail a copy of this filing to each Defendants last known address via USPS First Class Mail.

Dated: April 30, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas